No. 3310.—EL PUEBLO, APLDO., v. CAMERON, APLTE.—C. D. San Juan. Dic. 15, 1927.

POR CUANTO el señalamiento de errores está basado única y exclusivamente en una relación de hechos contenida en el alegato del apelante y en la ley aplicable a tales supuestos hechos, y,

POR CUANTO no existe entre los autos exposición de hechos o transcripción de evidencia alguna que ponga a este Tribunal en condiciones de revisar lo actuado en la corte inferior,

POR TANTO, se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan en 14 de marzo de 1927 en el caso arriba expresado.

No. 4450.—MATOS, APLTE., v. CARABALLO, APLDA.—C. D. San Juan. Dic. 19, 1927. Se declaró con lugar la moción para desestimar por el fundamento de que la transcripción de la evidencia no fué radicada a pesar de haber transcurrido la última prórroga concedida al efecto y por no haber sido tampoco radicados los autos en la Secretaría del Tribunal Supremo a pesar de haber transcurrido el término legal.

No. 4437.—SANTINI FERTILIZER CO., INC. APLDA., v. GONZÁLEZ, APLTE.—C. D. San Juan. Dic. 22, 1927. Apareciendo que aprobado el memorándum de costas en este caso el 29 de junio de 1927, se apeló de la resolución aprobatoria el 7 de julio siguiente y se fueron solicitando y concediendo prórrogas para preparar la exposición del caso que habría de servir de base a la apelación hasta que vencida la última el 10 de noviembre siguiente no se practicó ninguna otra gestión, ni se han archivado los autos en este tribunal; se declara con lugar la moción de la parte apelada vista sin asistencia de las partes el 5 de diciembre actual, y en su consecuencia *se desestima el recurso.*